IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff, )<br>  )<br>v.  ) Case No. CR-02-70-D<br>  )<br>EUGENE ISIAH ROBERTS, )<br>  )<br>Defendant. ) | |

## ORDER

Following *Concepcion v. United States*, No. 20-1650, 2022 WL 2295029 (June 27, 2022), the Court finds further briefing would be helpful regarding Defendant's Motion for the Imposition of a Reduced Sentence Under the Fair Sentencing Act [Doc. No. 195]. Specifically, the parties should address the effect of *Concepcion* on Defendant's request for a reduction of his life sentence based on intervening changes of law.

**IT IS THEREFORE ORDERED** that Defendant may file a supplemental brief within 14 days of this Order, and the government may respond within 14 days thereafter. The parties' briefs should not exceed 10 pages in length.[1]

**IT IS SO ORDERED** this 1st day of July, 2022.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge

---

[1] The parties need not limit the scope of their briefs to the effect of *Concepcion* but may address other supplemental authorities, if deemed appropriate by counsel.